

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2019

No. 04-18-00749-CR

Modesto Celestino **GRANGER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR2094
Honorable Jefferson Moore, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of time to File brief is hereby GRANTED. No further extensions absent extenuating circumstances. The appellant's brief is due on May 22, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court